UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:                                )
ANNE CAHILL                           )          Chapter 13
                                      )          Case No.: 20-10814
          Debtor                      )

## DEBTOR'S MOTION TO WITHDRAW DOCUMENT

NOW COMES the Debtor and respectfully request that the Court enter an Order deeming Debtor's Objection to Creditor's Claim [DE 15] be deemed withdrawn and of no effect. In further support, Debtor states as follows:

1. Creditor corrected the arrears amount to $0 with their amended filing on April 24, 2020. [Claim 2].

2. Debtor believes and therefor avers that none will be prejudiced hereby.

WHEREFORE, Debtor hereby requests than Document 15 be deemed withdrawn.

Respectfully submitted,
Anne Cahill
by her attorney,

/s/ Ira H. Grolman
Ira H. Grolman (BBO 556709)
Grolman LLP
Date: April 24, 2020          29 Stanhope St.
Boston, MA 02116
(617) 859-8966

## **CERTIFICATE OF SERVICE**

On this day, April 24, 2020, I certify that I served or caused to be served a true and accurate copy of this document on the Chapter 13 Trustee, the United States Trustee, and on the Debtor and TD Auto Finance, LLC, at Martin A. Mooney, Esq., by ECF.

/s/Ira H. Grolman
Ira H. Grolman