

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

*In re:*

ANNE M. CAHILL,
  Debtor

Ch. 13

20-10814-JEB

### Order

**MATTER:**

#21 Objection to Claim 9 of Claimant Citizens Bank N.A.. for untimeliness with certificate of service filed by Debtor Anne M. Cahill

Having reviewed the Objection, no response being filed and good cause being shown, the Objection is sustained.

By the Court,

*/s/ Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge

Dated: 7/28/2020